**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN WILLIAM FERRELL, JR.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-5875** |
| | : | |
| **PROGRESSIVE DIRECT** | : | |
| **INSURANCE CO.** | : | |

## ORDER

**AND NOW**, this 26th day of February 2026, upon considering Defendant's Motion for partial summary judgment on Plaintiff's insurer bad faith claim (ECF 34), Plaintiff's Opposition (ECF 43), Defendant's Reply (ECF 44), finding no need for oral argument (ECFs 45, 46) given the detailed briefing and supporting documents, and for reasons in today's accompanying Memorandum confirming no genuine issue of material fact precluding judgment as a matter of law nor, it is **ORDERED** we **GRANT** Defendant's Motion for partial summary judgment (ECF 34) and will proceed to trial on Plaintiff's contract claim consistent with our November 6, 2025 Order (ECF 14).

_____
**KEARNEY, J.**